UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| POWER INVESTMENTS, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | Civil Action No. _____ |
| ) | |
| MICHAEL BECKER AND ) | |
| SL EC, LLC ) | |
| ) | |
| DEFENDANTS, ) | |

**NOTICE OF REMOVAL**

Defendant SL EC, LLC, ("SL EC"), by counsel, hereby files this Notice of Removal of the above captioned action to the United States District Court for the Eastern District of Kentucky, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. As grounds for same, the Defendant states as follows:

1. On or about October 25, 2017 Plaintiff Power Investments, LLC filed a civil action against Michael Becker and SL EC in the Fayette Circuit Court designated as Civil Action No. 17-CI-03850. True and complete copies of the Plaintiff's Complaint and all other process, pleadings, and orders served upon the Defendants are attached as Exhibit 1.

2. Plaintiff Power Investments, LLC is a limited liability company with its sole member a citizen of Fayette County, Kentucky.

3. Defendant Michael Becker is a citizen of St. Louis County, Missouri.

4. Defendant SL EC is a limited liability company with a single member that is a citizen of Missouri.

5. For purposes of 28 U.S.C. § 1332, Plaintiff Power Investments is now and was at the commencement of this action a citizen of Kentucky. For purposes of 28 U.S.C. § 1332, Defendant Michael Becker is now and was at the commencement of this action a citizen of Missouri. For purposes of 28 U.S.C. § 1332, Defendant SL EC is now and was at the commencement of this action a citizen of Missouri. Therefore, there is complete diversity of citizenship between Plaintiff and Defendants.

6. Defendant Michael Becker was served with a Summons and Complaint in this action pursuant to KRS 454.210 (Kentucky's Long-Arm Statute) on December 13, 2017.

7. Defendant SL EC was served with a Summons and Complaint in this action on July 5, 2018.

8. This is a civil action where the matter in controversy exceeds the minimum limits required for diversity removal ($75,000.00 exclusive of interests and costs) and is between citizens of different states. Plaintiff's Complaint, for example, alleges damages in excess of $ 5 million.

9. This action is one over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332. This action is removable to this Court pursuant to 28 U.S.C. § 1441. This district and division embrace the place where the action has been pending.

10. Under 28 U.S.C. § 1391(a), this Court is a proper venue for this action because this is a civil action in which jurisdiction is based on diversity of citizenship and the injury at issue allegedly occurred in Fayette County, Kentucky which is in the Eastern District of Kentucky.

11. Undersigned counsel has conferred with Michael Becker, who consents to the removal pursuant to 28 U.S.C. § 1446(b)(2)(a).

12. This Notice of Removal is signed by counsel for SL EC pursuant to FRCP 11.

                                         Respectfully submitted,

                                         */s/ William H. Mooney*
                                         William H. Mooney
                                         Robert L. Brown
                                         Dylan Maschmeyer
                                         **Lynch, Cox, Gilman & Goodman, PSC**
                                         500 West Jefferson Street, Ste. 2100
                                         Louisville, Kentucky 40202
                                         (502) 589-4215
                                         wmooney@lynchcox.com
                                         rbrown@lynchcox.com
                                         dmaschmeyer@lynchcox.com
                                         *Counsel for Defendants, SL EC, LLC and Michael Becker*

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that on this 24th day of July, 2018, the foregoing document was filed with the Clerk of Court using its CM/ECF filing system. In addition, counsel states that a true and correct copy of the foregoing was served on the following counsel via electronic mail:

Carl D. Edwards, Jr.
Andrew R. Smith
Miller Edwards Rambicure, PLLC
300 East Main Street, Suite 360
Lexington, Kentucky 40507
(859) 281-0077
asmith@merlegal.com
cedwards@merlegal.com
*Counsel for Plaintiff Power Investments, LLC*

                                         */s/ William H. Mooney*
                                         William H. Mooney